**UNITED STATES of America, Appellee,**

v.

**Robert ARCHIBALD, Appellant.**

**Calendar No. 863, Docket 83–1356.**

United States Court of Appeals,
Second Circuit.

May 16, 1984.

Before IRVING R. KAUFMAN, OAKES and WINTER, Circuit Judges.

**Order On Petition For Rehearing**

We wish to make it clear in respect to that portion of our opinion relating to in-court procedures for identification that special procedures are necessary only where (1) identification is a contested issue; (2) the defendant has moved in a timely manner prior to trial for a lineup; and (3) despite that defense request, the witness has not had an opportunity to view a fair out-of-court lineup prior to his trial testimony or ruling on the fairness of the out-of-court lineup has been reserved. Subject to this modification of the opinion, 734 F.2d 938, the petition for rehearing is denied.